IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 4:11CR00131 SWW |
| | ) | |
| BRIAN LEE WINGFIELD | ) | |

ORDER

The United States of America has moved this Court for an order authorizing the destruction or designation for official use of the following firearm and ammunition in the above captioned and numbered case: one Ruger, Model P89, 9-millimeter pistol, bearing serial number 307-12398 and twelve (12) rounds of Winchester brand , 9-millimeter ammunition.

WHEREFORE, based on the government's motion the Court hereby directs the Bureau of Alcohol, Tobacco, Firearms, and Explosives to dispose of the above described firearm pursuant to its standard procedures, including destruction or designation for official use of the agency.

IT IS SO ORDERED this 23rd day of August, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE